UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:06-CR-54-BR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| JEREMY DAGAN JAYNES | ) | |

This matter is before the court on the government's 22 October 2007 corrected motion to continue the sentencing hearing. The motion represents that defendant consents. The motion is ALLOWED. The sentencing hearing is CONTINUED to 9:00 a.m. on 8 January 2008 in Raleigh, North Carolina. The Clerk is DIRECTED to terminate the 18 October 2007 motion to continue.

This 23 October 2007.

_____
W. Earl Britt
Senior U.S. District Judge