# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

|  |  |  |  |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | No. | 5:06CR54-BR |
| | ) | | |
| JEREMY DAGAN JAYNES, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER**

This matter is before the court on the government's 2 April 2008 motion to the extent it seeks authorization to employ additional alternative victim notification procedures and to unseal the bill of information and plea agreement.

Although the court ordered alternative victim notification procedures on 23 January 2007, the government has requested that additional procedures be implemented as to victims of the securities fraud scheme defendant participated in and involving GTX Global Corp. As the court has previously found, the number of crime victims, as defined by 18 U.S.C. § 3771(e), makes it impracticable to accord all of the crime victims the rights described in 18 U.S.C. § 3771(a). The court finds that the government's proposal is a reasonable procedure to give effect to 18 U.S.C. § 3771 without unduly complicating or prolonging the proceedings. As soon as practicable, the government is DIRECTED to publish the notice attached to its motion in at least one national newspaper and on the website for the United States Attorney's Office, Western District of North Carolina.

Turning to the issue of sealing, the court orders that this case be UNSEALED, excepting only the government's previously filed motions to continue the plea and sentencing hearings because

those motions contain information relating to ongoing investigations.  The 2 April 2008 motion, even though the government requested a continuance therein, shall be UNSEALED.

This 9 April 2008.

_____
W. Earl Britt
Senior U.S. District Judge