UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:06-CR-54-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JEREMY DAGAN JAYNES ) | |

This matter is before the court on the government's motion to correct the Statement of Reasons[1] to clarify the issue of restitution. The court has been informed that defendant does not object to the motion. The motion is ALLOWED. The Statement of Reasons filed 19 May 2008 is hereby AMENDED on page 3 by deleting "Restitution ordered through SEC rulings" and inserting therefor "Restitution is being handled by the SEC with regard to certain matters and because, with regard to other matters, restitution would be unduly difficult to compute due to the nature of the crime and the number of potential victims."

This 13 June 2008.

_____
W. Earl Britt
Senior U.S. District Judge

---

[1] The motion refers to the judgment of conviction. However, the clarification sought actually pertains to the Statement of Reasons filed with the judgment of conviction on 19 May 2008.