UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CRIMINAL NO. 5:06CR54-Britt

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEREMY DAGAN JAYNES, )<br>)<br>Defendant. )<br>_____ )<br>PETITION OF BATTLEGROUND PLAZA )<br>INVESTORS LLC )<br>_____ ) | **ORDER TO SEAL** |

THIS MATTER is before the Court on the government's motion to seal the attachment submitted with the government's Response to Petition and Motion for Summary Judgment.

For good cause shown, IT IS THEREFORE ORDERED that the attachment is sealed until further order of the Court, provided that the government may serve a copy on petitioner, as stated in the motion.

**SO ORDERED**.

Signed: August 18, 2008

Carl Horn, III
United States Magistrate Judge