UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

No. 5:06-CR-54-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | <u>O R D E R</u> |
| ) | |
| JEREMY DAGAN JAYNES ) | |

This matter is before the court on motion of the government for a downward departure pursuant to Rule 35 of the Federal Rules of Criminal Procedure. The motion is ALLOWED and the judgment of this court dated 6 May 2008 is hereby modified as follows:

1. By deleting therefrom the imprisonment term of 52 months as to Count 1 of Indictment and inserting in lieu thereof a term of imprisonment of 22 month as to Count 1. Except as herein modified, the Judgment of this court is, in all respects, ratified and confirmed.

This 15 July 2009.

_____
W. Earl Britt
Senior U.S. District Judge