UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

No. 5:09-CV-60-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| JEREMY DAGAN JAYNES | ) | |

This matter is before the court on defendant's motion to correct his sentence pursuant to 28 U.S.C. § 2555. On 13 July 2009, the court held a hearing on the government's Fed. R. Crim. P. 35 motion in defendant's underlying criminal case, 5:06-CR-54-BR. During that hearing, the instant § 2255 motion was addressed by the parties. For the reasons stated in open, the § 2255 motion is DENIED. The government's motion for summary judgment is DENIED as moot.

This 15 July 2009.

W. Earl Britt
Senior U.S. District Judge