UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 5:06CR54-BR |
| | ) | |
| JEREMY DAGAN JAYNES | ) | |
| | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 5:07CR3-BR |
| | ) | |
| HOWELL WAY WOLTZ | ) | |

PRELIMINARY ORDER OF FORFEITURE

It is hereby ORDERED:

1. The United States is authorized to seize the following property, and it is hereby forfeited to the United States for disposition according to law; provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein under 21 U.S.C. § 853(n): 160 units of Cimtec Automation, LLC, held in the name of Sterling ACS, Ltd.

2. Pursuant to 21 U.S.C. § 853(n) and Rule 32.2(b), the government shall publish as required by law notice of this order and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the

relief sought.  The United States shall also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture, as provided by Rule 32.2(b)(6).

3.  Upon adjudication of all third-party interests, this Court will enter a final order and judgment of forfeiture pursuant to 21 U.S.C. § 853(n).

This 6 August 2013.

_____
W. Earl Britt
Senior U.S. District Judge