UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:06CR54-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMY DAGAN JAYNES | ) | |

On August 7, 2013, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to securities fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff.

From September 12, 2013, through October 11, 2013, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A) and Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States published by internet publication, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, the government has represented that it has served or attempted to serve notice on each "person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding." Fed. R. Crim. P. 32.2(b)(6). In particular, the government has submitted documents showing actual service of notice on two foreign corporate entities, Sterling ACS, Ltd. and Robertson & Foley, Inc., through officers or agents in the United States, and attempted notice by Federal Express to those entities at addresses in the Bahamas and Anguilla, B.W.I., respectively.

It appears from the record that no petitions have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property has therefore been forfeited to the United States for disposition according to law:

**160 units of Cimtec Automation, LLC held in the name of Sterling ACS, Ltd.**

This 6 June 2014.

                                            W. Earl Britt
                                            Senior U.S. District Judge